No. 423. NATIONAL SURETY COMPANY OF KANSAS CITY, MISSOURI, PETITIONER, *v.* UNITED STATES. November 16, 1903. , Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Sixth Circuit denied. *Mr. Heber J. May* and *Mr. Robert T. Hough* for petitioner. *The Attorney General* and *Mr. Solicitor General Hoyt* for respondent.

No. 429. JAMES HAGGART ET AL., PETITIONERS, *v.* LUCETTA B. BOYNTON ET AL. November 16, 1903. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Eighth Circuit denied. *Mr. Edward Mayes* for petitioners. *Mr. G. B. Rose* for respondents. ,

No. 452. HENRY W. WATSON, OWNER, ETC., PETITIONER, *v.* ST. CLAIR STEAMSHIP COMPANY, OWNER, ETC., ET. AL. November 16, 1903. Petitions for writ and cross writ of certiorari to the United States Circuit Court of Appeals for the Sixth Circuit denied. *Mr. F. H. Canfield* and *Mr. William J. Gray* for petitioner. *Mr. John C. Shaw, Mr. Harvey D. Goulder* and *Mr. Harrington Putnam* for respondents.

No. 449. FLORIDA McGUIRE ET AL., PETITIONERS, *v.* WILLIAM A. BLOUNT ET AL. November 16, 1903. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Fifth Circuit granted. *Mr. Hilary A. Herbert* and *Mr. Benjamin Micou* for petitioners. *Mr. W. A. Blount* for respondent.

No. 445. HOWE SCALE COMPANY OF 1886 ET AL., PETITIONERS, *v.* WYCKOFF, SEAMANS & BENEDICT. November 30, 1903. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Second Circuit granted. *Mr. Austen G. Fox, Mr. James H. Peirce, Mr. George P. Fisher, Jr.,*